```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                  Case No. 2:16-cr-180

Malek Jalal

<u>ORDER</u>

     There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 14) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 2 of the information, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 17, 2016                     <u>s/James L. Graham</u>
                                         James L. Graham
                                         United States District Judge