# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
|  | : **MOTION TO MODIFY JUDGMENT** |
|  | : **TO INCLUDE RESTITUTION** |
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
|  | : |
| v. | : CASE NO. 2:16-cr-180 |
|  | : |
|  | : Violation: |
| **MALEK JALAL,** | : 18 U.S.C. § 371; 18 U.S.C. §1519 |
| Defendant. | : |

The United States of America, by and through its undersigned counsel, herein submits a motion to modify the Judgment.

On April 10, 2017, after sentencing Defendant Malek Jalal, this Court stayed execution of the Judgment for 90 days in order to determine whether additional restitution should be ordered as part of Jalal's criminal sentence. Docket Entry 140. Since this time, the Government has heard from one additional party (Murex LLC) that is requesting restitution in this matter. Consequently, the Government requests that the Judgment be modified to include this restitution or for a hearing to determine the merits of the request. The documents supplied by Murex in support of its claim are attached.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment & Natural Resources Division

        /s Adam C. Cullman_____
        ADAM C. CULLMAN
        Trial Attorney
        Environmental Crimes Section
        U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed with the Court's CM/ECF System this 29th day of June, 2017, which provides electronic notice to all parties.

                                            s/Adam C. Cullman

                                            ADAM C. CULLMAN (KY #93912)
                                            Trial Attorney
                                            Environmental Crimes Section
                                            U.S. Department of Justice