## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA**,

                Plaintiff,

    **v.**

**MALEK F. JALAL**,

                Defendant.

**Case No. 2:16-CR-180**

**Judge Graham**

### OPINION AND ORDER

This matter is before the Court on Defendant's motion for early termination of supervised release, Doc. 115. The Government and U.S. Probation Office do not oppose Defendant's request. *See* Doc. 119. For good cause shown, Defendant's motion, Doc. 115, is **GRANTED**. It is hereby ordered that Defendant is discharged from supervised release and that the proceedings in this case be terminated.

    **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 12, 2023