# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

    Plaintiff,

- vs -

MALEK F. JALAL

    Defendant.

Case Nos. 2:16-cr-180
          2:18-cv-290

District Judge James L. Graham
Magistrate Judge Michael R. Merz

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 144), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's § 2255 motion be DENIED without prejudice for lack of subject matter jurisdiction. Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore, Defendant should not be permitted to proceed in forma pauperis.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

February 9, 2024

                                            _s/ James L. Graham_
                                            James L. Graham
                                            United States District Judge